UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 1:10-cv-02579-JOF |
| LIBERTY MUTUAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE (LR 26.3 NDGa)

I certify that I have this day served a true and correct copy of: 1) Plaintiff's Response to Defendant's First Interrogatories; 2) Plaintiff's Response to Defendant's Request for Production of Documents; and 3) Plaintiff's Response to Defendant's Request for Admissions upon the other parties to this action by depositing it in the United States Mail in an envelope with sufficient postage affixed, addressed as follows:

H. Michael Bagley, Esq.
J. Benson Ward, Esq.
Drew Eckl & Farnham, LLP
880 W. Peachtree Street
P.O. Box 7600
Atlanta, GA 30357

This 19th day of October, 2010.

Warren R. Hinds
GA Bar No. 355767

Crossville Village Office Park
1303 Macy Drive
Roswell, GA 30076
(770) 993-1414
(770) 993-4441 (fax)
hindsw@prodigy.net

1

## CERTIFICATE OF SERVICE

I hereby state that I have this day electronically filed Certificate of Service (LR 26.3 NDGa) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record in this case.

This 19th day of October, 2010.

Warren R. Hinds
GA Bar No. 355767